An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY D. POUGH,
Petitioner,
vs.
DOUG GILLESPIE, SHERIFF,
Respondent.

No. 66574

**FILED**

OCT 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for a writ of habeas corpus. Petitioner challenges the trial proceedings below. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise original jurisdiction. Petitioner has an adequate remedy at law, as he may challenge his conviction on direct appeal from a judgment of conviction or in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1); NRS 177.015(3). Accordingly, we

ORDER the petition DENIED.

_Pickering_____, J.
Pickering

_Parraguirre_____, J.
Parraguirre

_Saitta_____, J.
Saitta

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

14-34430

cc:    Jerry Doran Pough
Attorney General/Carson City
Eighth District Court Clerk